# UNITED STATES BANKRUPTCY COURT

### EASTERN District of MICHIGAN

In re  DAVID AND LISA D BOWLING                 ,
Debtor

Case No. 10-54717

Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PNC MORTGAGE, A DIVISION OF PNC BANK

**Court claim no.** (if known): 7

**Last four digits** of any number you use to identify the debtor's account:  2  2  3  0

**Date of payment change:** 08 / 01 / 13
Must be at least 21 days after date of this notice

**New total payment:** $ 1012.48
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?

[ ] No
[✓] Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
_____

Current escrow payment: $ 262.09          New escrow payment:  $ 228.14

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

[✓] No
[ ] Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: _____%          New interest rate: _____%

Current principal and interest payment: $ _____   New principal and interest payment: $ _____

### Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?

[✓] No
[ ] Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.  (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

Current mortgage payment: $ _____          New mortgage payment:  $ _____

## Part 4: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☑ I am the creditor.     ☐ I am the creditor's authorized agent.
                          (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ _Brandie Peets_                                    Date  06 / 26 / 2013
  Signature

Print:  **BRANDIE PEETS**                            Title  Bankruptcy Specialist
        First Name    Middle Name    Last Name

Company  PNC Mortgage, a division of PNC Bank, NA

Address  3232 Newmark Drive
         Number        Street

         Miamisburg                OH      45342
         City                      State   ZIP Code

Contact phone ( 866 ) 754 _ 0659                     Email _____

```
          DAVID BOWLING                2230
          LISA D BOWLING
          5170 WARMBRIAR RD
          WHITE LAKE        MI 48383
```

ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

ACCOUNT HISTORY

THIS IS A STATEMENT OF ACTUAL ACTIVITY IN YOUR ESCROW ACCOUNT FROM
04/01/10 THROUGH 07/31/13.
YOUR   MONTHLY   MORTGAGE PAYMENT FOR THE PAST YEAR WAS
     1,046.43 OF WHICH       784.34 WAS FOR PRINCIPAL AND INTEREST
AND      262.09 WENT INTO YOUR ESCROW ACCOUNT.

| MO | PROJ ESCROW DEPOSIT | ACTUAL ESCROW DEPOSIT | PROJ ESCROW PAYMENTS | DESCRIPTION | ACTUAL ESCROW PAYMENTS | PROJ ESCROW BALANCE | ACTUAL ESCROW BALANCE |
|---|---|---|---|---|---|---|---|
| STARTING BALANCE ................................... | | | | | | 1374.83 | 434.44- |
| APR | 262.09 | | * | 48.66 FHA/RBP | 48.66 | 1588.26 | 483.10- |
| APR | | | | 869.00 HAZARD INS | * | 719.26 | 483.10- |
| APR | | | | HAZARD INS | 869.00* | 719.26 | 1352.10- |
| MAY | 262.09 | | * | 48.66 FHA/RBP | * | 932.69 | 1352.10- |
| MAY | | | | FHA/RBP | 47.69* | 932.69 | 1399.79- |
| JUN | 262.09 | | * | 48.66 FHA/RBP | * | 1146.12 | 1399.79- |
| JUN | | | | FHA/RBP | 47.69* | 1146.12 | 1447.48- |
| JUL | 262.09 | | * | 48.66 FHA/RBP | * | 1359.55 | 1447.48- |
| JUL | | | | FHA/RBP | 47.69* | 1359.55 | 1495.17- |
| AUG | 262.09 | | * | 48.66 FHA/RBP | * | 1572.98 | 1495.17- |
| AUG | | | 1146.12 CITY TAX | | 819.73* | 426.86 | 2314.90- |
| AUG | | | | FHA/RBP | 47.69* | 426.86 | 2362.59- |
| SEP | 262.09 | | * | 48.66 FHA/RBP | * | 640.29 | 2362.59- |
| SEP | | | | FHA/RBP | 47.69* | 640.29 | 2410.28- |
| OCT | 262.09 | | * | 48.66 FHA/RBP | * | 853.72 | 2410.28- |
| OCT | | | | FHA/RBP | 47.69* | 853.72 | 2457.97- |
| NOV | 262.09 | 524.18 * | | 48.66 FHA/RBP | * | 1067.15 | 1933.79- |
| NOV | | | | FHA/RBP | 47.69* | 1067.15 | 1981.48- |
| DEC | 262.09 | 524.18 * | | 48.66 FHA/RBP | * | 1280.58 | 1457.30- |

| MO | PROJ ESCROW DEPOSIT | ACTUAL ESCROW DEPOSIT | PROJ ESCROW PAYMENTS | DESCRIPTION | ACTUAL ESCROW PAYMENTS | PROJ ESCROW BALANCE | ACTUAL ESCROW BALANCE |
|---|---|---|---|---|---|---|---|
| DEC | | | 545.94 | CITY TAX | 534.96* | 734.64 | 1992.26- |
| DEC | | | | FHA/RBP | 47.69* | 734.64 | 2039.95- |
| JAN | 262.09 | 524.18 * | 48.66 | FHA/RBP | * | 948.07 | 1515.77- |
| JAN | | | | FHA/RBP | 47.69* | 948.07 | 1563.46- |
| FEB | 262.09 | * | 48.66 | FHA/RBP | * | 1161.50 | 1563.46- |
| FEB | | | | FHA/RBP | 47.69* | 1161.50 | 1611.15- |
| MAR | 262.09 | * | 48.66 | FHA/RBP | * | 1374.93 | 1611.15- |
| MAR | | | | FHA/RBP | 47.69* | 1374.93 | 1658.84- |
| APR | | 262.09 * | | FHA/RBP | 47.69* | 1374.93 | 1444.44- |
| APR | | | | HAZARD INS | 869.00* | 1374.93 | 2313.44- |
| MAY | | 524.18 * | | FHA/RBP | 46.65* | 1374.93 | 1835.91- |
| JUN | | | | FHA/RBP | 46.65* | 1374.93 | 1882.56- |
| JUL | | | | FHA/RBP | 46.65* | 1374.93 | 1929.21- |
| AUG | | 262.09 * | | FHA/RBP | 46.65* | 1374.93 | 1713.77- |
| AUG | | | | CITY TAX | 751.97* | 1374.93 | 2465.74- |
| SEP | | 262.09 * | | FHA/RBP | 46.65* | 1374.93 | 2250.30- |
| OCT | | 524.18 * | | FHA/RBP | 46.65* | 1374.93 | 1772.77- |
| NOV | | | | FHA/RBP | 46.65* | 1374.93 | 1819.42- |
| DEC | | 524.18 * | | FHA/RBP | 46.65* | 1374.93 | 1341.89- |
| DEC | | | | CITY TAX | 499.83* | 1374.93 | 1841.72- |
| JAN | | 262.09 * | | FHA/RBP | 46.65* | 1374.93 | 1626.28- |
| FEB | | 262.09 * | | FHA/RBP | 46.65* | 1374.93 | 1410.84- |
| MAR | | 262.09 * | | FHA/RBP | 46.65* | 1374.93 | 1195.40- |
| APR | | 262.09 * | | FHA/RBP | 46.65* | 1374.93 | 979.96- |
| APR | | | | HAZARD INS | 869.00* | 1374.93 | 1848.96- |
| MAY | | 262.09 * | | FHA/RBP | 45.56* | 1374.93 | 1632.43- |
| JUN | | 262.09 * | | FHA/RBP | 45.56* | 1374.93 | 1415.90- |
| JUL | | 262.09 * | | FHA/RBP | 45.56* | 1374.93 | 1199.37- |
| AUG | | 262.09 * | | FHA/RBP | 45.56* | 1374.93 | 982.84- |
| AUG | | | | CITY TAX | 605.82* | 1374.93 | 1588.66- |
| SEP | | 262.09 * | | FHA/RBP | 45.56* | 1374.93 | 1372.13- |
| OCT | | 786.27 * | | FHA/RBP | 45.56* | 1374.93 | 631.42- |
| NOV | | | | FHA/RBP | 45.56* | 1374.93 | 676.98- |
| DEC | | | | FHA/RBP | 45.56* | 1374.93 | 722.54- |
| DEC | | | | CITY TAX | 457.07* | 1374.93 | 1179.61- |
| JAN | | 262.09 * | | FHA/RBP | 45.56* | 1374.93 | 963.08- |

| MO | PROJ ESCROW DEPOSIT | ACTUAL ESCROW DEPOSIT | PROJ ESCROW PAYMENTS | DESCRIPTION | ACTUAL ESCROW PAYMENTS | PROJ ESCROW BALANCE | ACTUAL ESCROW BALANCE |
|---|---|---|---|---|---|---|---|
| FEB | | 262.09 * | | FHA/RBP | 45.56* | 1374.93 | 746.55- |
| MAR | | 262.09 * | | FHA/RBP | 45.56* | 1374.93 | 530.02- |
| APR | | 262.09 * | | FHA/RBP | 45.56* | 1374.93 | 313.49- |
| MAY | | 262.09 * | | FHA/RBP | 44.40* | 1374.93 | 95.80- |
| MAY | | | | HAZARD INS | 1025.00* | 1374.93 | 1120.80- |
| JUN | | 3669.26 *Y | | FHA/RBP | 44.40*Y | 1374.93 | 2504.06 |
| JUL | | 262.09 *Y | | FHA/RBP | 44.40*Y | 1374.93 | 2721.75 |

LAST YEAR, WE ANTICIPATED THAT PAYMENTS FROM YOUR ACCOUNT WOULD BE
MADE DURING THIS PERIOD EQUALING    3,144.98. UNDER FEDERAL LAW,
YOUR LOWEST MONTHLY BALANCE SHOULD NOT HAVE EXCEEDED    426.86
(NO MORE THAN TWICE LAST YEARS PROJECTED MONTHLY ESCROW PAYMENT),
UNLESS YOUR MORTGAGE CONTRACT OR STATE LAW SPECIFIES A LOWER AMOUNT.
UNDER YOUR MORTGAGE CONTRACT AND STATE LAW, YOUR LOWEST MONTHLY
BALANCE SHOULD NOT HAVE EXCEEDED    426.86.

AN ASTERISK (*) INDICATES A DIFFERENCE FROM A PREVIOUS ESTIMATE
EITHER IN THE DATE OR THE AMOUNT. IF YOU WANT A FURTHER EXPLANATION,
PLEASE CALL OUR TOLL-FREE NUMBER.

ACCOUNT PROJECTION

```
MORTGAGE INS          :        532.80
CITY TAX              :      1,062.89
HAZARD INS            :      1,142.00
----------------------------------------
ANNUAL DISBURSEMENTS  :      2,737.69
        2,737.69 / 12 =        228.14 ESCROW PAYMENT
```

| MO | PAYMENTS TO | PAYMENTS FROM | DESCRIPTION | CURRENT BAL PROJECTION | REQUIRED BAL PROJECTION |
|----|-------------|---------------|-------------|------------------------|-------------------------|
| BALANCE AS OF 07/31/13......................... | | | | 2,721.75 | 789.56 |
| AUG | 228.14 | 44.40 | FHA/RBP | 2,905.49 | 973.30 |
| AUG | | 605.82 | CITY TAX | 2,299.67 | 367.48 |
| SEP | 228.14 | 44.40 | FHA/RBP | 2,483.41 | 551.22 |
| OCT | 228.14 | 44.40 | FHA/RBP | 2,667.15 | 734.96 |
| NOV | 228.14 | 44.40 | FHA/RBP | 2,850.89 | 918.70 |
| DEC | 228.14 | 44.40 | FHA/RBP | 3,034.63 | 1,102.44 |
| DEC | | 457.07 | CITY TAX | 2,577.56 | 645.37 |
| JAN | 228.14 | 44.40 | FHA/RBP | 2,761.30 | 829.11 |
| FEB | 228.14 | 44.40 | FHA/RBP | 2,945.04 | 1,012.85 |
| MAR | 228.14 | 44.40 | FHA/RBP | 3,128.78 | 1,196.59 |
| APR | 228.14 | 44.40 | FHA/RBP | 3,312.52 | 1,380.33 |
| MAY | 228.14 | 44.40 | FHA/RBP | 3,496.26 | 1,564.07 |
| MAY | | 1,142.00 | HAZARD INS | 2,354.26 | 422.07 |
| JUN | 228.14 | 44.40 | FHA/RBP | 2,538.00 | 605.81 |
| JUL | 228.14 | 44.40 | FHA/RBP | 2,721.74 | 789.55 |

THE EXPECTED AMOUNT IN YOUR ESCROW ACCOUNT IS     2,721.75 . YOUR
STARTING BALANCE ACCORDING TO THIS ANALYSIS SHOULD BE      789.56 .

THIS MEANS YOU HAVE A SURPLUS OF    1,932.19.   THIS SURPLUS MUST BE
RETURNED TO YOU UNLESS IT IS LESS THAN $50, IN WHICH CASE WE HAVE THE
ADDITIONAL OPTION OF KEEPING IT AND LOWERING YOUR PAYMENTS ACCORDINGLY.
DUE TO THE DELINQUENT STATUS OF YOUR ACCOUNT, WE ARE HOLDING THE
SURPLUS.

YOUR   MONTHLY   MORTGAGE PAYMENT FOR THE COMING YEAR WILL BE
       1,012.48 OF WHICH      784.34 WILL BE FOR PRINCIPAL AND
INTEREST AND      228.14 WILL GO INTO YOUR ESCROW ACCOUNT.

NEW PAYMENT INFORMATION
     PRINCIPAL AND INTEREST              784.34
     ESCROW PAYMENT                      228.14
                                    --------------
NEW PAYMENT EFFECTIVE 08/01/13        1,012.48

KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR
ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.

## CERTIFICATE OF SERVICER

**I HEREBY CERTIFY** that on this 26th of June 2013, a copy of the foregoing Notice of Mortgage Payment Change has been served upon the following parties in interest, via either electronic mail or first class mail postage prepaid:

**DAVID BOWLING**
**LISA D BOWLING**
**5170WARMBRIAR RD**
**WHITE LAKE MI 48383**

**TAMMY L TERRY**
**TRUSTEE**
**535 GRISWOLD STE 2100**
**DETROIT MI 48226**

**JESSE R SWEENEY**
**ATTY AT LAW**
**30555 SOUTHFIELD STE 400**
**SOUTHFIELD MI 48076**

/S/Brandie Peets, Bankruptcy Specialist
PNC Mortgage
3232 Newmark Dr
Miamisburg OH 45342
(866) 754-0659
Fax: (937) 910-9405